# Court of Appeals
# of the State of Georgia

ATLANTA,   September 08, 2022

*The Court of Appeals hereby passes the following order:*

### A23A0250. FERDINAND FARLEY, SR. v. BRENDA PARHAM FARLEY n/k/a BRENDA PARHAM MURRAY.

Ferdinand Farley, Sr., ("Farley") filed a petition for declaratory judgment seeking clarification of a Qualified Domestic Relations Order ("QDRO") entered following his divorce from Brenda Parham Farley n/k/a Brenda Parham Murray. The trial court entered an order finding the QDRO unambiguous, and Farley appeals.[1] We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). And "where, as here, the underlying subject matter of a lawsuit relates to such rights and obligations [arising from a divorce decree], and the parties are the ex-spouses . . . , the case involves domestic relations and compliance with OCGA § 5-6-35 is the exclusive means by which to appeal the final order in the action." *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). "The fact that the particular vehicle used to obtain the judgment was an action for declaratory judgment makes no difference because the subject matter was domestic relations and the judgment is one entered in a domestic relations case." *Weaver v. Jones*, 260 Ga. 493, 493-494 (2) (396 SE2d 890) (1990).

---

[1] Farley appealed to the Supreme Court, which transferred the matter to this Court. See Case No. S22A1284 (Aug. 9, 2022).

Farley's failure to follow the requisite procedure deprives this Court of jurisdiction to consider this appeal. See *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___09/08/2022___

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*